**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Kami Augustine a/k/a Kami Nicole Driggers and Devin Alexander Still, Defendants.

Of Whom Devin Alexander Still is the Appellant,

In the interest of two minor children under the age of eighteen.

Appellate Case No. 2014-002552

―――――――――

Appeal From Barnwell County
Alex Kinlaw, Jr., Family Court Judge

―――――――――

Unpublished Opinion No. 2015-UP-195
Submitted March 25, 2015 – Filed April 6, 2015

―――――――――

**AFFIRMED**

―――――――――

Lindsay Yoas Goodman, of Horton Law Firm, LLC, of Bluffton, for Appellant.

Amanda Frances Whittle, of the South Carolina Department of Social Services, of Aiken, for Respondent.

---

**PER CURIAM:**  Devin Alexander Still appeals the family court's final order terminating his parental rights to his two minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Still's counsel.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.